McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
DONNA M. MONTANO
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: donna.m.montano@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| DARRELL CHANNELL,        )<br>                                          )<br>    Plaintiff,             )<br>                                          )<br>        v.                    )<br>                                          )<br>MICHAEL J. ASTRUE[1],     )<br>   Commissioner of            )<br>   Social Security,              )<br>                                          )<br>    Defendant.           )<br>_____) | CIVIL NO. 2:06-CV-02496-KJM<br><br>STIPULATION AND ORDER OF VOLUNTARY REMAND AND DISMISSAL OF CASE, WITH DIRECTIONS TO CLERK TO ENTER JUDGMENT |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

    On remand the Administrative Law Judge (ALJ) will evaluate Plaintiff's residual functional capacity pursuant to Social Security Ruling 96-8p and the appropriate regulations.  The ALJ will continue the sequential evaluation process, and evaluate whether Plaintiff can perform his past relevant

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

work.

    It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

                                                Respectfully submitted,

Dated: August 14, 2007                  /s/ David G. Lee
                                           (DAVID G. LEE /telephone authorization)
                                           Attorney for Plaintiff

Dated: August 14, 2007                  McGREGOR W. SCOTT
                                           United States Attorney
                                           LUCILLE GONZALES MEIS
                                           Regional Chief Counsel, Region IX
                                           Social Security Administration

                                           /s/ Donna M. Montano
                                           DONNA M. MONTANO
                                           Special Assistant U.S. Attorney

                                           Attorneys for Defendant

                                             <u>ORDER</u>

    APPROVED AND SO ORDERED.

DATED:  August 20, 2007.

                                                 U.S. MAGISTRATE JUDGE